**13 CV 3050**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABATUNDE MALCOM WIGGINS
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE N.Y.P.D. & Mayor Bloomberge
75th PCT. Officer John Doe of
Night Shift. 2-20-13
79th PCT. Officer John Doe of
the Night Shift on 2-20-13
~~Officers~~

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☐ No
(check one)

Docket #
2013KN013479

RECEIVED
MAY - 6 2013
PRO SE OFFICE

I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  BABATUNDE M. WIGGINS
            ID #  349-13-03219
            Current Institution  G.M.D.C.
            Address  15-15 HAZEN St
            EAST Elmhurst Queens, New York 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  John Doe                         Shield # _____
                   Where Currently Employed  79th PCT.
                   Address _____

Defendant No. 2   Name _John Doe_ Shield #_____
Where Currently Employed _75th Pct._
Address _Sutter & Essex Ave_

Defendant No. 3   Name _____ Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 4   Name _____ Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 5   Name _____ Shield #_____
Where Currently Employed _____
Address _____

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
_79th & 75th pct Brookl_

B.   Where in the institution did the events giving rise to your claim(s) occur?
_6 Monroe St Brooklyn N.Y._

C.   What date and approximate time did the events giving rise to your claim(s) occur?
_Feb 20th_

D. Facts:

*What happened to you?*

I went to visit a friends house, unbeknown that the residents were be search (warrant search) at 6 monroe. I knocked on the door and was pulled into the ground floor of 6 monroe st. Officers then searched my person & found marajuana, then said I was selling it, because I had it in my pockets to sell to some one at 6 monroe st. Officers were looking for some one name, Tibbs. Babatunde Wiggins was not the subject.

*Who did what?*

My money was taking, my phone was taking and house keys were taking & returned.

*Was anyone else involved?*

There was other officers present, they are also John Does.

*Who else saw what happened?*

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I, Babatunde Wiggins received soar on left back fore arm, that need to be cut and open from be infected by germ on floor of search area where I was searched. Doctors at the Rikers Island Urgent Care medical facility performed the proceedures.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓  No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). 79th ; 75th Pct Brooklyn N.Y. Bedford Styfeslant, And East New York

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. ____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like for the above mentioned person(s) in the current complaint to be investigated, tried, ; fired for illegal use of power, police conduct, not remaining professional while on duty. My rights were violated, and I was incarcerated unlawfully. I was harrassed, and mental anguish was put upon me by the actions of these officers.

Requested Actions,
 I would like to be compensated for my time spent in the system (jail), time away from my family and being able to work. My request is in the amount of $2 million dollars.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

Rev. 05/2010                    5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____N/A_____

Defendants _____N/A_____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

           Signature of Plaintiff   Wiggins, Babatunde

           Inmate Number   ~~31912~~ 349-13-03219

           Institution Address   G.M.D.C.
                                   15-15 Hazen St
                                   East Elmhurst
                                   Queens N.Y. 11370

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

           Signature of Plaintiff: Wiggins, Babatunde
                                        Wiggins, Babatunde

Sworn to before me this 29 day of April 2013

_____
Notary Public

LINDA GANNON
Notary Public, State of New York
No. 01GA6216459
Qualified in Dutchess County
Commission Expires 1/19/20__

*Rev. 05/2010*                                    7